**Opinion issued March 7, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00053-CR

————————————

## IN RE JAMES MARCUS MILES, Relator

---

## Original Proceeding on Petition for Writ of Injunction

---

## MEMORANDUM OPINION

Relator, James Marcus Miles, has filed a petition for a writ of injunction, seeking to enjoin the trial court from proceeding with matters related to an appeal bond and prevent him from being "transferred to illegal confinement pending appeal."[1] This Court may issue a writ of injunction only to enforce this Court's

---

[1]     The petition identifies the underlying case as *The State of Texas v. James Marcus Miles*, cause number 1509077, in the 179th District Court of Harris County, Texas, the Honorable Randy Roll presiding.

jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a). We do not have jurisdiction to issue a writ of injunction to preserve the status quo or prevent damage to a party during an appeal. *In re Lasik Plus of Tex., P.A.*, No. 14-13-00036-CV, 2013 WL 816674, at *1 (Tex. App.—Houston [14th Dist.] Mar. 5, 2013, orig. proceeding) (mem. op.); *Becker v. Becker*, 639 S.W.2d 23, 24 (Tex. App.—Houston [1st Dist.] 1982, orig. proceeding); *see, e.g.*, *In re Dyer*, No. 14-10-00923-CR, 2010 WL 3795893, at *1 (Tex. App.—Houston [14th Dist.] Sept. 30, 2010, orig. proceeding) (mem. op., not designated for publication) (dismissing petition for writ of injunction and prohibition).

We dismiss the petition.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.
Do not publish.   TEX. R. APP. P. 47.2(b).

2